

# The Attorney General of Texas

September 5, 1979

MARK WHITE
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Mr. Andy Shuval, Executive Director
Texas Prosecutors Coordinating
  Council
P. O. Box 13555
Austin, Texas 78711

Opinion No. MW-53

Re: The length of the terms of office of members of the Texas Prosecutors Coordinating Council.

Dear Mr. Shuval:

You have asked our opinion on the length of the terms of office of the members of the Texas Prosecutors Coordinating Council. The statute provides that the members of the council are appointed to overlapping four-year terms. V.T.C.S. art. 332d, § 4. However, article 16, section 30 of the Texas Constitution provides:

> The duration of all offices not fixed by this Constitution shall never exceed two years . . .

See also Tex. Const. art. 16, § 30a (provides for six-year terms of offices in certain circumstances).

Under the clear terms of the constitution, the four-year terms provided in the statute are impermissible. Kimbrough v. Barnett, 55 S.W. 120 (Tex. 1900). In similar situations the courts have concluded that persons appointed to impermissibly long terms serve the two-year term permitted by the constitution. Delta Electric Const. Co. v. City of San Antonio, 437 S.W.2d 602 (Tex. Civ. App. — San Antonio 1969, writ ref'd n.r.e.); San Antonio Independent School District v. State, 173 S.W. 525 (Tex. Civ. App. — San Antonio 1915, writ ref'd). Accordingly, members of the Texas Prosecutors Coordinating Council serve for a term of two years or until their successors are appointed and qualified. Tex. Const. art. 16, § 17.

### S U M M A R Y

Members of the Texas Prosecutors Coordinating Council serve terms of two years.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by C. Robert Heath
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Susan Garrison
Rick Gilpin
William G Reid
Bruce Youngblood